UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLEN L. WALKER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TWIN CITY FIRE INSURANCE CO., THE HARTFORD,<br><br>　　　　　Defendant. | No. C19-0565 RSM<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND INITIAL DISCLOSURE AND JOINT STATUS REPORT DEADLINES |

## I. **ORDER**

Based on the Parties' Stipulated Motion and the records and filings herein, it is ordered that the deadlines for: (1) Initial Disclosures and (2) Combined Joint Status Report and Discovery Plan, be extended to July 5, 2019.

DATED this 27th day of June 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO EXTEND INITIAL
DISCLOSURE AND JOINT STATUS REPORT DEADLINES – PAGE 1
CAUSE NO. 2:19-CV-00565

2396728 / 450.0105

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX