UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| GLEN L. WALKER, | No. 2:19-CV-00565-RSM |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR FILING MOTIONS RELATED TO DISCOVERY AND DISCOVERY COMPLETION DEADLINE |
| vs. | |
| TWIN CITY FIRE INSURANCE CO., THE HARTFORD, | |
| Defendant. | |

## I.  ORDER

Based on the Parties' Stipulation to Extend Deadline for Filing Motions Related to Discovery and Discovery Completion Deadline, and the records and filings herein, it is ordered that the Deadline for Filing Motions Related to Discovery and Discovery Completion Deadline is extended by 30 days to March 1, 2020 and April 1, 2020, respectively.

Dated: February 4, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX