UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLEN L. WALKER,<br><br>    Plaintiff,<br><br>vs.<br><br>TWIN CITY FIRE INSURANCE CO., THE HARTFORD,<br><br>    Defendant. | No. 2:19-CV-00565<br><br>ORDER GRANTING STIPULATION TO CONTINUE TRIAL DATE AND CASE SCHEDULE DATES |

## I.  ORDER

Based on the Parties' Stipulated Motion to Continue Trial Date and Case Schedule Dates and the records and filings herein, it is ordered that the Stipulated Motion to Continue Trial Date and Case Schedule Dates is GRANTED. Trial will be set for September 21, 2020. A revised scheduling order will follow.

DATED this 6th day of April, 2020.

                       RICARDO S. MARTINEZ
                       CHIEF UNITED STATES DISTRICT JUDGE