UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLEN L. WALKER,<br><br>          Plaintiff,<br><br>vs.<br><br>TWIN CITY FIRE INSURANCE CO., THE HARTFORD,<br><br>          Defendant. | No. 2:19-CV-00565<br><br>AMENDED ORDER GRANTING STIPULATION TO CONTINUE TRIAL DATE AND CASE SCHEDULE DATES |

## I. **ORDER**

Based on the Parties' Stipulated Motion to Continue Trial Date and Case Schedule Dates and the records and filings herein, it is ordered that the Stipulated Motion to Continue Trial Date and Case Schedule Dates is GRANTED. This Order replaces the Court's prior Order, Dkt. #20, posted with an incorrect trial date. Trial will be now set for **January 25, 2021**. A revised scheduling order will follow.

DATED this 6th day of April, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE